**STATE of Missouri, Respondent,**

v.

**Marvin STEWART, Appellant.**

**No. ED 77949.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 10, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 24, 2001.

Application for Transfer Denied
June 26, 2001.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before AHRENS, P.J., CRANDALL, J., and JAMES R. DOWD, J.

**ORDER**

PER CURIAM.

Defendant, Marvin Stewart was convicted, after a jury trial, of murder in the first degree, armed criminal action, assault in the first degree, and armed criminal action. He was sentenced, as a prior offender to life imprisonment without possibility of probation or parole, life imprisonment, imprisonment for fifteen years, and life imprisonment, respectively. The sentences were ordered to run concurrently.

No jurisprudential purpose would be served by a written opinion in this case. The judgments of conviction are affirmed. Rule 30.25(b).